__Jayne M. Williams__, certify under penalty of perjury that with regard to the property of judgment debtor, the
(Citation Respondent)
Citation Respondent filed the following answer to this Citation to Discover Assets and its possession the following property of the judgment debtor.

10 cv 1309

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $_____
B) Checking and/or Now Account (Amount withheld) _____
C) Certificate of Deposit (Amount held) $_____
D) Money Market Account (Amount held) $_____
E) Trust Account (Amount held) $_____
F) Safety Deposit Box $_____
G) No Accounts _____
H) Adverse Claimant: Name _____
   Address _____
I) Wages, Salary or Commissions _____
J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

Sub-Total __0__

Less right of offset for other loans _____

Less deduction for fees limited by
205 ILCS 5/48.1 _____

Total __0__

FILED 6-10-2010
JUN 10 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_____
Agent for Citation Respondent
6-8-10
Date

Respondent/Agent:
Agent Name: Jayne M. Williams
Business Name: Inland Bank
Address: 2805 Butterfield Rd
Oak Brook Il 60523
Phone: 630-908-6418
Fax: 630-908-6460

NOTE: A copy of this Answer should be mailed or faxed to the Attorney for Plaintiff or Judgment Creditor, the Defendant, and the Court.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND, et al, <br>     Plaintiffs Judgment Creditors, <br><br> v. <br><br> A.B.D. TANK & PUMP CO., an Illinois corporation, <br>     Defendant Judgment Creditors, <br><br> INLAND BANK, <br>     Third Party Citation Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 10 CV 1309 <br><br><br> Judge GOTTSCHALL |

## THIRD PARTY CITATION TO DISCOVER ASSETS

**Address of Judgment Debtor:**

A.B.D. Tank & Pump Co.
c/o Keith Davis, Owner
730 N. Industrial Dr.
Elmhurst IL, 60126

**Name and Address of Attorney for Judgment Creditors**

Jerrod Olszewski, Office of Fund Counsel
LABORERS' PENSION AND WELFARE FUNDS
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604

Amount of Judgment: $20,960.99 (Judgment Order dated May 17, 2010)

    TO:   Inland Bank, c/o Hanan Hafez-Mendez, Branch Manager
              1100 South Rand Road, Lake Zurich, IL 60047

Return date and time: Wednesday, June 23, 2010 at 1:00 p.m.

Location:   Laborers' Pension and Welfare Funds, Office of Funds Counsel, 111 W. Jackson Blvd., Suite 1415, Chicago, IL 60604, (312) 692-1540

**YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT**